# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Helen Elizabeth Doyle,

    Plaintiff,

v.

Financial Recovery Services, Inc.,

    Defendant.

COURT FILE NO.: 11-cv-1464 DWF-TNL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED** to by and between Plaintiff and her attorneys and Defendant and its attorneys that the above-captioned action against Defendant, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

Dated: October 25th, 2011.

ATTORNEY FOR PLAINTIFF

By: s/Thomas J. Lyons
CONSUMER JUSTICE CENTER, P.A.
Thomas J. Lyons, Esq. #65699
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707

Dated: October 25, 2011.                ATTORNEYS FOR DEFENDANT


                                        By: s/ Michael S. Poncin
                                        MOSS & BARNETT, P.A.
                                        Michael S. Poncin, Esq. #296417
                                        4800 Wells Fargo Center
                                        90 South Seventh Street
                                        Minneapolis, MN 55402-4129
                                        Telephone: (612) 877-5000